# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; and SANOFI-AVENTIS U.S. LLC,<br>    Defendants | Case No. 2:23-cv-22305-BRN<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund, by and through its undersigned counsel, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice its Complaint in the action styled *Indiana/Kentucky/Ohio Regional Carpenters Welfare Fund. v. Eli Lilly & Co.*, No. 2:23-cv-22305 (D. N.J.). No defendant in this action has answered the complaint or filed for summary judgment, and a class has not been certified.

Dated: June 28, 2024

Respectfully submitted,

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo (pro hac vice)
Donald A. Broggi (pro hac vice)
Joseph Cleeman
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Phone: (212) 223-4478
jguglielmo@scott-scott.com
dbroggi@scott-scott.com
jcleeman@scott-scott.com

James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, BRODY &AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Phone: (973) 422-5591
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**

1

1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Thomas M. Sobol
Hannah W. Brennan
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Sq.
5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
tom@hbsslaw.com
hannahb@hbsslaw.com

Mark T. Vazquez
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 North Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
markv@hbsslaw.com

Lyndsey K. Bates (pro hac vice)
**ASHER KELLY ATTORNEYS AT LAW**
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Phone: (248) 746-2753
lbates@asherkellylaw.com

It is so ordered this 1st day of July, 2024

*/s/ Brian R. Martinotti*
Brian R. Martinotti, U.S.D.J.