UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; and SANOFI-AVENTIS U.S. LLC,<br>        Defendants | Case No. 2:23-cv-22305-BRN<br><br>**[PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund has moved to voluntarily dismiss this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Having considered Plaintiff's unopposed motion, and the pleadings on file herein, the Court hereby GRANTS Plaintiff's motion and hereby ORDERS that this case be dismissed without prejudice.

DATED: 2 July 2024, 2024.

_____
Hon. Brian R. Martinotti